1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10
11

EDWARD VINCENT RAY, JR.,

Plaintiff,

Case No. 19-03958 EJD (PR)

12

**JUDGMENT**

13

v.

14

PETER ENG, et al.,

15

Defendants.

16
17
18

The Court has dismissed this action for Plaintiff's failure to pay the filing fee.

19

Judgment is entered accordingly.

20

The Clerk shall close the file.

21

**IT IS SO ORDERED.**

22
23

**Dated:** _____12/6/19_____

24

EDWARD J. DAVILA
United States District Judge

25
26

Judgment
PRO-SE\EJD\CR.19\03958Ray_judgment

27
28